IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WITRICITY CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-895 (JLH) |
| | ) |
| IDEANOMICS, INC. and | ) |
| WIRELESS ADVANCED VEHICLE | ) |
| ELECTRIFICATION, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE REGARDING RELATED CASE**

Pursuant to D. Del. LR 3.1, Defendants Ideanomics, Inc. and Wireless Advanced Vehicle Electrification, LLC (collectively, "WAVE") hereby give notice that the above captioned case is closely related to *WiTricity Corporation v. Momentum Dynamics Corporation*, C.A. 20-1671 (MSG) ("WiTricity 1"). The earlier filed WiTricity 1 case pending in front of Judge Goldberg involves (1) the same Plaintiff, WiTricity Corporation, (2) similar property (wireless electrical vehicle systems accused of infringement), and (3) the same patent, U.S. Patent No. 9,184,595. In WiTricity I, Judge Goldberg has heard and resolved numerous substantive motions and conducted several hearings that necessarily required that court to familiarize itself with the technology and disputes between these parties. See Ex. 1 (Docket for WiTricity I). If this case is heard in this District,[1] reassignment to Judge Goldberg would serve judicial efficiency consistent with the applicable rules of this Court. D. Del. LR 3.1(b); *see also Moore v. Rite Aid Hdqtrs. Corp.*, No. 13-1515, 2013 WL 4833854, at *2 (E.D. Pa. Sept. 11, 2013) (explaining that the related case rule "promotes judicial efficiency by allowing one judge to hear all cases arising out of one set of facts,

---

[1] WAVE is headquartered in Utah, and for the convenience of the parties and witnesses, WAVE expects to file a motion to transfer this case to the District of Utah under 28 U.S.C. § 1404.

and prevents parties from being exposed to contradictory judgments when different courts adjudicate the same property, patent, or transaction" and that related cases should "contain central events with a core of similarity" but do not need to include identical issues).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendants*

August 22, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 22, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Daniel G. Vivarelli, Jr., Esquire<br>Aaron S. Kamlay, Esquire<br>Priya S. Dalal, Esquire<br>BUTZEL LONG P.C.<br>1901 K Street, NW, Suite 860<br>Washington, DC  2006<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Mitchell S. Zajac, Esquire<br>BUTZEL LONG P.C.<br>150 West Jefferson Avenue, Suite 100<br>Detroit, MI  48226<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)